1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   SARA WINSLOW (DCBN 457643)
3  Chief, Civil Division

4  KIMBERLY A. ROBINSON (DCBN 999022)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7298
7      FAX: (415) 436-6748
       Kimberly.robinson3@usdoj.gov
8
   Attorneys for Defendant
9  U.S. DEPARTMENT OF ENERGY

10                          UNITED STATES DISTRICT COURT

11                          NORTHERN DISTRICT OF CALIFORNIA

12                               SAN FRANCISCO DIVISION

13
   SIERRA CLUB,                                    )   CASE NO. 3:19-cv-02246-LB
14                                                 )
          Plaintiff,                               )
15                                                 )   **NOTICE OF APPEARANCE**
     v.                                            )
16                                                 )
   U.S. DEPARTMENT OF ENERGY,                      )
17                                                 )
          Defendant.                               )
18 _____)

19
                             **NOTICE OF APPEARANCE**
20
          PLEASE TAKE NOTICE that Kimberly A. Robinson, Assistant United States Attorney, will
21
   serve as lead counsel for Defendant, U.S. Department of Energy.  Please direct all notices, pleadings,
22
   and correspondence to Ms. Robinson's attention at the following address:
23
          United States Attorney's Office
24        450 Golden Gate Avenue, Box 36055
          San Francisco, California 94102
25        Tel: (415) 436-7298
          Fax: (415) 436-6748
26        E-mail: kimberly.robinson3@usdoj.gov

27
          While David L. Anderson and Sara Winslow will appear on the pleadings, no service need be
28

NOTICE OF APPEARANCE
3:19-cv-02246-LB

1  made on them.

2

3  Dated:  May 22, 2019                              Respectfully submitted,

4
                                                     DAVID L. ANDERSON
5                                                    United States Attorney

6

7                                                    */s/ Kimberly A. Robinson*
                                                     KIMBERLY A. ROBINSON
8                                                    Assistant United States Attorney

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE
3:19-cv-02246-LB