STACEY P. GEIS, State Bar No. 181444
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
sgeis@earthjustice.org
Tel: 415-217-2000/Fax: 415-217-2040

KIM SMACZNIAK, D.C. Bar No. 1552245
(*pro hac vice* admission pending)
Earthjustice
1625 Massachusetts Avenue N.W., Suite 702
Washington, D.C. 20036
ksmaczniak@earthjustice.org
Tel: 202-667-4500/Fax: 202-667-2356

*Counsel for Plaintiff Sierra Club*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| SIERRA CLUB,<br><br>            Plaintiff,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF ENERGY,<br><br>            Defendant. | Case No. 3:19-cv-02246<br><br>**PROOF OF SERVICE OF COMPLAINT AND SUMMONS**<br><br>(Freedom of Information Act Case) |

I am a citizen of the United States of America and a resident of Washington, D.C.; I am over the age of 18 years and not a party to the within entitled action; my business address is 1625 Massachusetts Ave., NW, Ste. 702, Washington, DC 20036.

     I hereby certify that on Tuesday, May 10, 2019, I served by U.S. Certified Mail, return receipt requested, one true copy of the following documents:

     1.     Executed Summons in a Civil Action;

     2.     Complaint for Declaratory and Injunctive Relief;

3. Errata to Complaint for Declaratory and Injunctive Relief;

4. Civil Cover Sheet;

5. Notice of Assignment of Case to a United States District Judge;

6. Application for Admission of Attorney Pro Hac Vice of Kim Noelle Smaczniak;

7. Certification of Interested Entities or Persons;

8. Consent to Magistrate Judge Jurisdiction;

9. Order Setting Initial Case Management Conference and ADR Deadlines;

10. Standing Order for All Judges of the Northern District of California;

11. Civil Standing Order for Judge Beeler;

12. Notice of Availability of a Magistrate Judge in the Northern District of California;

13. ECF Registration Handout;

14. Filing Procedures (Oakland);

15. Notice of a Lawsuit and Request to Waive Service of a Summons;

16. Waiver of the Service of Summons; and,

17. The Court's Model Joint Case Management Form

on the persons listed below:

United States Department of Energy
1000 Independence Avenue, SW
Washington, DC 20585

William Barr
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

David L. Anderson
U.S. Attorney for the Northern District
of California
c/o Civil Process Clerk
Federal Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

PROOF OF SERVICE OF COMPLAINT AND SUMMONS, CASE NO. 3:19-cv-02246

2

Copies of return receipts and completed proof of service showing that all deliveries have been made are attached.

I certify under penalty of perjury that the foregoing is true and correct. Executed on May 24, 2019, in Washington, D.C.

*[signature]*

Al Luna

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   United States Department of Energy
   1000 Independence Ave, SW
   Washington, DC 20585

   9590 9402 3418 7227 7606 05

2. Article Number (Transfer from service label)

   7017 2680 0000 1091 0576

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____ ☑ Agent ☐ Addressee

B. Received by (Printed Name): J Mathis
C. Date of Delivery: 5/14/19

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Restricted Delivery
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark Here

Postage
$
Total Postage and Fees
$

Sent To: United States Department of Energy
Street and Apt. No., or PO Box No.: 1000 Td Independence Ave, SW
City, State, ZIP+4®: Washington, DC 20585

7017 2680 0000 1091 0576

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    William Barr
    U.S. Attorney General
    U.S. Department of Justice
    950 Pennsylvania Ave, NW
    Washington, DC 20530

    9590 9402 3418 7227 7605 82

2. Article Number (Transfer from service label)

    7017 2680 0000 1091 0583

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   MAY 15 2019

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ ail
   ☐ ail Restricted Delivery
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)   $ _____
☐ Return Receipt (electronic)   $ _____
☐ Certified Mail Restricted Delivery   $ _____
☐ Adult Signature Required   $ _____
☐ Adult Signature Restricted Delivery   $ _____

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To   William Barr
Street and Apt. No., or PO Box No.   U.S. Dept of Justice, 950 Penn. Ave, NW
City, State, ZIP+4®   Washington, DC 20530-0001

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7017 2680 0000 1091 0583

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   David Anderson
   c/o Civil Process Clerk
   Federal Courthouse
   450 Golden Gate Ave
   San Francisco, CA 94102

   9590 9402 3418 7227 7605 99

2. Article Number (Transfer from service label)

   7017 2680 0000 1091 1092

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X sasn
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

[Stamps: SAN FRANCISCO, CA 94102; FEDERAL BUILDING STATION MAY 13 2019; RECEIVED [MAY 13] ATTORNEYS OF...]

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ [Insured] Mail
   ☐ [Insured] Mail Restricted Delivery

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To David Anderson c/o Civil Process Clerk
Street and Apt. No., or PO Box No. Federal Courthouse, 450 Golden Gate Ave
City, State, ZIP+4® San Francisco, CA 94102

7017 2680 0000 1091 1092

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions