STACEY P. GEIS, State Bar No. 181444
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
sgeis@earthjustice.org
Tel: 415-217-2000/Fax: 415-217-2040

KIM SMACZNIAK, *D.C. Bar No. 1552245
Earthjustice
1625 Massachusetts Avenue N.W., Suite 702
Washington, D.C. 20036
ksmaczniak@earthjustice.org
Tel: 202-667-4500/Fax: 202-667-2356
* Admitted *pro hac vice*

Attorneys for Plaintiff
Sierra Club

DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
KIMBERLY A. ROBINSON (DCBN 999022)
Assistant United States Attorneys

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7298
Fax: (415) 436-6748
Kimberly.robinson3@usdoj.gov

Attorneys for Defendant
United States Department of Energy

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF ENERGY,<br><br>Defendant. | CASE NO. 3:19-CV-02246-LB<br><br>**JOINT STIPULATION TO ENLARGE TIME TO ANSWER OR RESPOND TO THE COMPLAINT** |

Pursuant to Civil Local Rule 6-1(a), the parties to the above-captioned action hereby stipulate to extend

Defendant's time within which to answer or otherwise respond to the complaint, ECF 1, until June 26, 2019. This extension will not alter the date of any event or deadline already fixed by Court order.

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

DATED: June 5, 2019

*/s/ Kimberly A. Robinson*
KIMBERLY A. ROBINSON
Assistant United States Attorney
Attorneys for Defendant

UNITED STATES DISTRICT COURT
APPROVED
Judge Laurel Beeler
NORTHERN DISTRICT OF CALIFORNIA

/s/ *Kim Smaczniak*
By: KIM SMACZNIAK
Attorney for Plaintiff
** Pursuant to Civ. L.R. 5-1(i)(3), the filer of the document has obtained approval from this signatory.