Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

SIERRA CLUB )
           )  Case No: 3:19-cv-02246-LB
   Plaintiff(s), )
           )  **APPLICATION FOR**
   v.      )  **ADMISSION OF ATTORNEY**
           )  **PRO HAC VICE**
UNITED STATES DEPARTMENT )  (CIVIL LOCAL RULE 11-3)
OF ENERGY )
   Defendant(s). )

I, CASSANDRA R. MCCRAE, an active member in good standing of the bar of TEXAS, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: SIERRA CLUB in the above-entitled action. My local co-counsel in this case is STACEY P. GEIS, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1617 John F. Kennedy Blvd., Suite 1130 Philadelphia, PA 19103 | 50 California Street, Suite 500 San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 823-4984 | (415) 217-2000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| cmccrae@earthjustice.org | sgeis@earthjustice.org |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24094830.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 07/03/19                                         CASSANDRA R. MCCRAE
                                                              APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of CASSANDRA R. MCCRAE is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 3, 2019

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

### Cassandra Rose McCrae

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 30th day of April, 2015.

I further certify that the records of this office show that, as of this date

### Cassandra Rose McCrae

is presently enrolled with the State Bar of Texas as an active member in good standing.



**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 1st day of July, 2019.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 3222C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.