STACEY P. GEIS, State Bar No. 181444
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
sgeis@earthjustice.org
Tel: 415-217-2000/Fax: 415-217-2040

KIM SMACZNIAK, *D.C. Bar No. 1552245
Earthjustice
1625 Massachusetts Avenue N.W., Suite 702
Washington, D.C. 20036
ksmaczniak@earthjustice.org
Tel: 202-667-4500/Fax: 202-667-2356
*Admitted *pro hac vice*

CASSANDRA R. McCRAE, *Texas Bar No. 24094830
Earthjustice
1617 John F. Kennedy Blvd., Suite 1130
Philadelphia, PA 19103
cmccrae@earthjustice.org
Tel: 212-823-4984/Fax: 212-918-1556
*Admitted *pro hac vice*

*Counsel for Plaintiff Sierra Club*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| SIERRA CLUB, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF ENERGY, <br><br> Defendant. | Case No: 3:19-cv-02246-LB <br><br> **REQUEST TO PARTICIPATE IN INITIAL CASE MANAGEMENT CONFERERNCE BY TELEPHONE** <br><br> Date: July 25, 2019 <br> Time: 11:00 a.m. <br> Location: Courtroom B, 15th Floor <br> Phillip Burton Federal Bldg. <br> 450 Golden Gate Avenue <br> San Francisco, CA 94102 <br><br> Hon. Laurel Beeler |

**TO THE COURT, PARTIES, AND ALL ATTORNEYS OF RECORD:**

Pursuant to Local Rule 16-10(a), Plaintiff Sierra Club respectfully requests that this Court

REQUEST TO APPEAR TELEPHONICALLY
CASE NO. 3:19-cv-02246-LB

grant permission to Cassandra R. McCrae and Kim Smaczniak of Earthjustice to appear by telephone for the Initial Case Management Conference scheduled for July 25, 2019, at 11:00 a.m. Due to scheduling conflicts, none among Plaintiff's counsel is available to attend the Initial Case Management Conference in-person as presently scheduled.  Sierra Club remains strongly committed to moving this case forward toward resolution in a timely manner, and therefore seeks to participate by telephone rather than continue the Initial Case Management Conference.

In support of this request, the undersigned represent that Ms. McCrae, Plaintiff's Lead Counsel, and Ms. Smaczniak have conflicts on July 25, 2019, that prevent their travel to Oakland, but would allow participation in the Initial Case Management Conference by telephone.  As reflected in the parties' Joint Case Management Statement, the parties are actively moving this dispute forward.  On June 28, 2019, Defendant U.S. Department of Energy ("DOE") produced an initial partial response to Plaintiff's Freedom of Information Act request, and the parties are continuing to collaborate to prioritize the DOE's search, review, and production of additional responsive documents.  Plaintiff's counsel conferred with Defendant's counsel and reports that Defendant does not oppose this request.

WHEREFORE, Plaintiff respectfully requests leave of this Court for Cassandra R. McCrae and Kim Smaczniak to appear by telephone for the July 25, 2019 Initial Case Management Conference.

DATED:  July 17, 2019                    Respectfully submitted,

*/s/ Cassandra R. McCrae*
CASSANDRA R. McCRAE
Texas Bar No. 24094830
Admitted *pro hac vice*
Earthjustice
1617 John F. Kennedy Blvd., Suite 1130
Philadelphia, PA 19103
cmccrae@earthjustice.org
Tel: 212-823-4984/Fax: 212-918-1556

STACEY P. GEIS
State Bar No. 181444
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
sgeis@earthjustice.org
Tel: 415-217-2000/Fax: 415-217-2040

KIM SMACZNIAK
D.C. Bar No. 1552245
Admitted *pro hac vice*
Earthjustice
1625 Massachusetts Avenue N.W., Suite 702
Washington D.C. 20036
ksmaczniak@earthjustice.org
Tel: 202-667-4500/Fax: 202-667-2356

*Counsel for Plaintiff Sierra Club*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

SIERRA CLUB,

    Plaintiff,

    v.

UNITED STATES DEPARTMENT OF ENERGY,

    Defendant.

Case No: 3:19-cv-02246-LB

**[PROPOSED] ORDER GRANTING TELEPHONIC APPEARANCE**

Plaintiff's motion to appear telephonically at the Initial Case Management Conference on July 25, 2019, at 11:00 a.m. is GRANTED.

Counsel shall comply with the Court's Standing Order on Procedures for Telephonic Appearances, available online at *https://www.cand.uscourts.gov/lborders*.  This includes personally arranging the telephonic appearance with CourtCall—a paid, private service—in advance of the hearing date.

IT IS SO ORDERED.

                                MAGISTRATE JUDGE LAUREL BEELER